## Henry Ording, Jr., v. William H. Burnet.

1. PRACTICE—*Prima Facie Case.*—In foreclosing a trust deed the complainant makes out a *prima facie* case by producing the notes and deed of trust.

Foreclosure.—Trust deed. Trial in the Circuit Court, Cook County; the Hon. MURRAY F. TULEY, Judge, presiding. Hearing and decree

for complainant.   Appeal by defendant.   Heard in the Branch Appellate Court of the First District, at the March term, 1898.   Affirmed.   Opinion filed July 16, 1898.

Charles Pickler, attorney for appellant.

Oliver & Mccartney, attorneys for appellee.

Mr. Justice Freeman delivered the opinion of the court.

This is a foreclosure suit, in which the notes secured by the trust deed were introduced in evidence.   The master reported the amount of principal and interest due according to the tenor and effect of the said notes, and a decree was entered accordingly and sale of the premises ordered.   The complainant made out a *prima facie* case by producing the notes and deed of trust.   Douglas v. Pfeiffer et al., 46 Ill. 102, 106.

No testimony was offered in behalf of appellant.   Interest was properly allowed, and there is no claim it was not correctly calculated.

This appeal appears to have been prosecuted only for delay.   The decree of the Circuit Court is affirmed.